**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 03-7791**

─────────────

BOBBY JOE BROWN,

                                        Plaintiff - Appellant,

        versus

BRANDON SCOTT, Investigator; CHRIS BENSEL,
Investigator; ABBEVILLE COUNTY,

                                        Defendants - Appellees.

─────────────

Appeal from the United States District Court for the District of
South Carolina, at Florence.  Terry L. Wooten, District Judge.
(CA-3-633-8-25)

─────────────

Submitted:  January 15, 2004          Decided:  January 28, 2004

─────────────

Before WIDENER and TRAXLER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Bobby Joe Brown, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Bobby Joe Brown appeals the district court's orders and judgment adopting the magistrate judge's report and recommendation, dismissing without prejudice Brown's civil rights complaint and denying the motion for reconsideration. We have reviewed the record and the district court's order and affirm on the reasoning of the district court. See Brown v. Scott, No. CA-3-633-8-25 (D.S.C. Sept. 5 & Oct. 14, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED